**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| **LENORA ARMSTEAD,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| **v.** | ) CR. NO. 2:09-2550 |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **DEFENDANT.** | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please take notice that André C. Wharton, hereby enters his formal notice of appearance as counsel for Plaintiff, Lenora Armstead, in the above styled and numbered cause.

This 22nd day of July, 2010.

                                                        s/André C. Wharton
                                                        Ruby R. Wharton, #4543
                                                        André C. Wharton, #022588
                                                        ***THE WHARTON LAW FIRM***
                                                        1575 Madison Avenue
                                                        Memphis, TN 38104
                                                        (901) 726-6884
                                                        Attorney for Plaintiff,
                                                        Lenora Armstead

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing Notice of Entry of Appearance was forwarded by electronic means via the Court's electronic filing system to the following counsel of record, Mr. William W. Siler Assistant United States Attorney, 167 N. Main, Suite 800, Memphis, TN. 38103 and Ms. Monica DeGraffenreaid, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this the 22nd day of July, 2010.

                                      s/ ANDRÉ C. WHARTON